## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**SHANNON CASEY SARGENT**                                                                 **PLAINTIFF**

**v.**                                                                    **No. 3:24-cv-00356-MPM-RP**

**THE CITY OF HERNANDO, MISSISSIPPI,** *et al.*                              **DEFENDANTS**

### JUDGMENT

For the reasons set forth in this Court's order entered this date, and the related Motion for Judgment on the Pleadings [26] having been **GRANTED**, it is hereby ordered that this case is in part **DISMISSED WITH PREJUDICE** for Mr. Sargent's federal claims and this case is in part **DISMISSED WITHOUT PREJUDICE** for Mr. Sargent's state law claims.

This is the 22nd day of October, 2025.

      /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI